UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TIMOTHY GAILLARD and
CYNTHIA GAILLARD,

CIVIL NO. 00-46 (RHK)

Plaintiffs,

v.

ORDER OF RECUSAL

US BANK NATIONAL ASSOCIATION, et al.,

Defendants.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: January 14, 2000

JOHN M. MASON
United States Magistrate Judge

Filed JAN 14 2000
Francis E. Dosal, Clerk
Judgment Entered ______________
Deputy Clerk's Initials ___________