**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jane Korn, et al.,

Plaintiffs,

v. **CIVIL 99-893 (JRT/JGL)**

US Bank National Association, et al.,

Defendants.

- - - - - - - - - - - - - - - - - -

Timothy Gaillard, et al.,

Plaintiffs,

v. **CIVIL 00-46 (RHK/AJB)**

US Bank National Association, et al.,

Defendants.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT**
**FOR REASSIGNMENT OF RELATED CASE**

---

Case No. 99-893 having been assigned to Judge John R. Tunheim and Case No. 00-46 having later been assigned to Judge Richard H. Kyle, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-46 be assigned to Judge John R. Tunheim and Magistrate Judge Jonathan G. Lebedoff, nunc pro tunc, by use of a card on the Master List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Order for Assignment of Cases dated May 28, 1998.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED: January 24, 2000.

Judge John R. Tunheim
United States District Court

DATED: January 23, 2000.

Judge Richard H. Kyle
United States District Court

FILED JAN 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

F I L E C O P Y

Date: January 25, 2000 dl

R E C O R D O F D O C K E T T E X T

0:00-cv-00046 Gaillard v. US Bank National

DOCKET ENTRY

ORDER FOR REASSIGNMENT OF RELATED CASE ( Judge Richard H. Kyle / 1/23/00 / Judge John R. Tunheim / 1/24/00) Case reassigned to Judge John R. Tunheim per Master List, Case referred to Magistrate Judge Jonathan G. Lebedoff (CASE NUMBER REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS - 00-46JRT/JGL) 1pg(s) (cc: all counsel)

Hon. John R Tunheim, Judge

THIS NOTICE SENT TO ALL COUNSEL

For Immediate Release
January 3, 2000

# PRESS RELEASE

## UNITED STATES DISTRICT COURT

Contact: Francis E. Dosal, Clerk
(651) 848-1100

**FEDERAL COURT ADOPTS AMENDMENTS TO LOCAL PRACTICE RULES**

The U.S. District Court for the District of Minnesota announces the adoption of several amendments to its local rules of practice. The changes were recommended by the Court's Local Rules Committee chaired by Minneapolis Attorney Cliff Greene of the law firm Greene Espel.

As required by federal statute, the proposed revisions were posted for public review and comment in late 1999. Following consideration of the comments received, the proposed rules were adopted unanimously by the Court to be effective January 3, 2000. The proposed amendments are as follows:

- **LR 5.1**
  Amendments to LR 5.1 and LR 5.2 regarding filing procedures.

- **LR 7.1(b)(2)**
  A new advisory committee's note regarding evidentiary materials submitted with reply briefs.

- **LR 16.1**
  Amendments in response to the requirements of the Alternative Dispute Resolution Act of 1998.

- **LR 83.13**
  New rule regarding the discipline of court appointees.

The amendments to the Local Rules may be obtained in the Office of the Clerk of Court in either St. Paul, Minneapolis or Duluth; by contacting the Clerk of Court at the address below; or online through the Update Service of Westlaw.

Francis E. Dosal, Clerk
U.S. District Court
708 Federal Building
316 North Robert Street
St. Paul, MN 55101
651-848-1100